Joseph P. Lebkuecher, Respondent, v. Hyman Katz, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Carswell, Scudder and Tompkins, JJ.

Alan Leggett, Appellant, v. Jasper A. Campbell and Others, Copartners, Doing Business under the Firm Name and Style of Campbell, Starring & Co., Respondents.— Order striking out certain paragraphs of the complaint as immaterial, unnecessary, evidentiary and scandalous affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

Nellie Lennon, Respondent, v. City of Yonkers, Appellant, and Florence Queally, Defendant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

Max Lieblich, Respondent, v. Moe Branner, Appellant.— Order, in so far as it grants plaintiff's motion for injunction *pendente lite* and denies defendant's motion to vacate temporary stay affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

Lloyds First Mortgage Corporation, Appellant, v. Hurtjam Realty Corporation and Others, Defendants. Wilbur F. Amies, Receiver, Respondent; William Hyman, Attorney for Receiver, Respondent.— Order, as resettled, denying plaintiff's motion to strike out so much of an *ex parte* order as authorized the payment of a brokerage commission by the receiver-respondent to William Hyman and David C. Myers affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.

John J. Long, Appellant, v. Elsie Lindemann, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.

Henning Lundstedt and Olga Johanna Lundstedt, Respondents, v. Fritz Brieger and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Carswell, Scudder and Tompkins, JJ.

Mildred M. Matteson, Respondent, v. Harry M. Forst and Royalty Securities Corporation, Appellants, and Others, Defendants. (Appeal No. 1.) — Order denying motion to vacate judgment and amended judgment as to appealing defendants·reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. There is no proof that defendant Forst consented to waive notice of trial. Lazansky, P. J., Scudder and Tompkins, JJ., concur; Young and Kapper, JJ., dissent and vote to affirm.